# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| GLEN WOJNAR et. al., <br><br> Plaintiffs, <br><br> v. <br><br> J.E. BERKOWITZ, LP. et. al., <br><br> Defendants. | Civil No. 21-6990 (RMB/SAK) <br><br> **ORDER** |

On August 4, 2021, the Court ordered Plaintiffs to show cause why this entire action should not be administratively terminated, pending the termination of the related Bankruptcy litigations [Docket No. 35]. Having received no response,

IT IS on this 7th day of September, 2021, hereby **ORDERED** that the Clerk of Court shall **ADMINISTRATIVELY TERMINATE** this action as to all Defendants, without prejudice to the rights of the parties to move to reopen the proceedings for good cause shown, without costs.

s/ Renée Marie Bumb
RENÉE MARIE BUMB
United States District Judge
